# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEWIS | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 14-2314 |
| v. | ) ) ) | |
| CROSSROADS HOSPICE OF KANSAS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, it is ordered that:

1. The relator's complaint (doc. 1), the United States' Notice of Election to Decline Intervention (doc. 10), this order (doc. 11), and any other docket entries not specified in paragraph 2 shall be unsealed. Relator shall serve the complaint on the defendant after it has been unsealed. The relator shall also serve on the defendant this order and the United States' Notice of Election to Decline Intervention;

2. The United States' motions to extend the intervention deadline and the corresponding orders (docs. 3, 4, 6, 7, 8, and 9) shall remain sealed or be designated as ex parte and not be made public or served on either the relator or the defendant;

3. The seal be lifted as to all other matters occurring in this action after the date of this order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal on the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

Dated February 22, 2016, at Kansas City, Kansas.

                                                               s/ James P. O"Hara  
                                                               James P. O'Hara  
                                                               United States Magistrate Judge